

Kathleen M. Prystowsky

Akerman LLP
520 Madison Avenue
20th Floor
New York, NY  10022

D: 212 259 6479
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 8550
kathleen.prystowsky@akerman.com

July 23, 2020

**VIA CM/ECF**

Hon. J. Paul Oetken
United States District Judge,
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 2101
New York, New York 10007

Re:  *JM Holdings 1 LLC et al v. Quarters Holding GmbH*, No. 1:20-cv-03480-JPO

Dear Judge Oetken:

This firm represents Defendant Quarters Holding GmbH ("Defendant") in the above-captioned action.  We write to respectfully request that Your Honor hear argument on Defendant's Motion to Dismiss to Plaintiffs' Amended Complaint, which was fully briefed and submitted today, July 23, 2020.  We appreciate the Court's consideration of this request.

Respectfully Submitted,

*/s/ Kathleen M. Prystowsky*

Kathleen M. Prystowsky

cc:  All Counsel *via* CM/ECF

akerman.com