# EXHIBIT A

---------- Forwarded message ---------
From: **Mark Tress** <mark@cedarholdings.net>
Date: Wed, Mar 18, 2020 at 4:47 PM
Subject: Re: RE 251 Dekalb
To: Jaryd Lindheim <jaryd.lindheim@quarters.com>


Due to corona we will be shutting the site for next few months and reassess then.


    Mark Tress
   732 370 4030
mark@cedarholdings.net
Cedar Holdings, LLC


> On Mar 18, 2020, at 2:44 PM, Jaryd Lindheim <jaryd.lindheim@quarters.com> wrote:
>
> We just tried you.  Are you available still.  We need to chat.
>
> Thanks,
>
>
> **Jaryd Lindheim**
> Director of Real Estate: East Coast
>
> 
> jaryd.lindheim@quarters.com
> 
> +1 608-469 3274
>
> 
>
> **Quarters Services USA LLC**

Part of the Quarters Group

1261 Broadway, Suite 405 | New York, NY 10001 | USA


quarters.com


Facebook


Instagram


Press

**Live with us in:** Amsterdam · Austin · Berlin · Chicago · Düsseldorf · Frankfurt · Hamburg · Munich · New York · Philadelphia · Rotterdam · Stuttgart · The Hague · Washington, D.C.


On Tue, Mar 17, 2020 at 10:33 PM Mark Tress <mark@cedarholdings.net> wrote:
> 2:30
>
>
> Mark Tress
> 732 370 4030
> mark@cedarholdings.net
> Cedar Holdings, LLC
>
>
>> On Mar 17, 2020, at 10:30 PM, Jaryd Lindheim <jaryd.lindheim@quarters.com> wrote:
>>
>> Have calls all morning. Has to be after 1:30pm est.
>>
>> Thanks,
>> **Jaryd Lindheim**
>> Director of Real Estate Expansion: East Coast
>> Jaryd.Lindheim@quarters.com
>> +1 608-469-3274
>>
>> **QUARTERS**
>>
>> **Quarters Digital Services GmbH**
>> Part of Quarters Group
>> Zossener Strasse 55 | 10961 Berlin | Germany
>> **Live with us in: Amsterdam · Austin · Berlin · Chicago · Dusseldorf · Frankfurt · Hamburg Munich · New York · Philadelphia · Rotterdam · Stuttgart · The Hague · Washington D.C.**
>> Amtsgericht Berlin-Charlottenburg, HRB 156335 B | CEO: Gunther Schmidt | CFO: Ferdinand von Fumetti
>>
>>
>>> On Mar 17, 2020, at 9:35 PM, Mark Tress <mark@cedarholdings.net> wrote:

12pm

Mark Tress
732 370 4030
mark@cedarholdings.net
Cedar Holdings, LLC

> On Mar 17, 2020, at 9:16 PM, Jaryd Lindheim <jaryd.lindheim@quarters.com> wrote:
>
> Mark,
>
> Confident we can figure something out.
>
> Let's all chat together tomorrow afternoon.  Let me know your availability and we will reach out then.
>
> Thanks,
>
> **Jaryd Lindheim**
> Director of Real Estate Expansion: East Coast
> Jaryd.Lindheim@quarters.com
> +1 608-469-3274
>
> **QUARTERS**
>
> **Quarters Digital Services GmbH**
> Part of Quarters Group
> Zossener Strasse 55 | 10961 Berlin | Germany
> **Live with us in: Amsterdam · Austin · Berlin · Chicago · Dusseldorf · Frankfurt · Hamburg Munich · New York · Philadelphia · Rotterdam · Stuttgart · The Hague · Washington D.C.**
> Amtsgericht Berlin-Charlottenburg, HRB 156335 B | CEO: Gunther Schmidt | CFO: Ferdinand von Fumetti
>
>> On Mar 17, 2020, at 9:01 PM, Mark Tress <mark@cedarholdings.net> wrote:
>>
>> I will not acknowledge a default. We can revise the lease and remove that or this will not work. Sorry. Please let me know asap so i can let bank know if proceeding or closing the project down.

4

Mark Tress
732 370 4030
mark@cedarholdings.net
Cedar Holdings, LLC

> On Mar 17, 2020, at 8:59 PM, Lori Albert <lori.albert@quarters.com> wrote:
>
> We can't sign not listing the default. Perhaps we can discuss a way to restructure things and sign an amendment quickly. Happy to talk it through.
>
> Sent from my iPhone
>
>> On Mar 17, 2020, at 6:24 PM, Mark Tress <mark@cedarholdings.net> wrote:
>>
>> I cannot sign acknowledging default. Sorry
>>
>> Mark Tress

732 370 4030
[mark@cedarholdings.net](mailto:mark@cedarholdings.net)
Cedar Holdings, LLC

On Mar 17, 2020, at 8:14 PM, Lori Albert <[lori.a](mailto:lori.a)