# EXHIBIT C

| | |
|---|---|
| **From:** | Mark Tress <mark@cedarholdings.net> |
| **Sent:** | Thursday, April 16, 2020 9:40 PM |
| **To:** | Lori Albert; Lee Vartan; Jeff Lichtman |
| **Cc:** | bfrankel@bzfpc.com; Rui Barros; Bobby Condon; Prystowsky, Kathleen (Assoc-NY); Justin Miller; Bernstein, Joshua (Ptnr-NY); morty@alsrealty.com; Jaryd Lindheim |
| **Subject:** | Re: Notice of Termination for Lease Agreement - 251 Dekalb Avenue, Brooklyn, New York |

Also note, that any attempt to further perpetuate any fraud to the LOC due to this false cancellation will result in criminal charges being filed against your company. I am adding criminal attorneys to this e mail chain.
Jeff Lichtman and Lee vartan lets discuss.

    Mark Tress
   732 370 4030
mark@cedarholdings.net
Cedar Holdings, LLC

> On Apr 15, 2020, at 1:28 PM, Lori Albert <lori.albert@quarters.com> wrote:
>
> Attached please find the formal Notice of Termination on behalf of Medici 251 Dekalb LLC with regards to the Lease Agreement by and between JM HOLDINGS 1, LLC, ROTH INNOVATIONS LLC, and LPC PROPERTIES LLC, and MEDICI 251 DEKALB LLC, for the premises located at 251 Dekalb Avenue, Brooklyn, New York dated July 6, 2019.
>
> Please take notice that the Lease is hereby terminated effective immediately.
>
>
> **LORI ALBERT**
> Senior Legal Counsel US
>
> Lori.Albert@quarters.com
>
> +01 (303) 619-6251
>
> *The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*
>
> <Notice of Termination - Medici 251 Dekalb LLC sent 4.15.20.pdf>