# EXHIBIT D

---------- Forwarded message ---------
Von: **Erin Hudson** <ekh@therealdeal.com>
Date: Di., 5. Mai 2020 um 19:05 Uhr
Subject: Media request re: lawsuit at Brooklyn, NYC property
To: <press@quarters.com>

Hello,

I'm a reporter at The Real Deal. I'm working on a story about a lawsuit filed yesterday in the United States District Court for the Southern District of New York against Quarters by its partners at 251 DeKalb, Cedar Holdings and JM Holdings.

Cedar and JM accuse Quarters of "soliciting outright bank fraud" and then backing out of its $8M lease at the Brooklyn building as Covid shut down New York City.

Does Medici or Quarters want to respond to the allegations laid out in this complaint?

Thanks,

Erin

**Erin Hudson**
Reporter



Direct: 646-975-3166
Cell: 917-708-1307 |
450 West 31st Street, 4th Floor, NY, NY 10001