# EXHIBIT E

---------- Forwarded message ---------
From: **Jaryd Lindheim** <jaryd.lindheim@quarters.com>
Date: Tue, 19 May 2020 at 14:37
Subject: Fwd: Tress Texts- privileged and confidential
To: Lori Albert <lori.albert@quarters.com>



**Jaryd Lindheim**
Director of Real Estate


jaryd.lindheim@quarters.com


+1 608-469 3274



**Quarters Services USA LLC**
Part of the Quarters Group
1261 Broadway, Suite 405 | New York, NY 10001 | USA



quarters.com

Facebook



Instagram

Press

**Live with us in:** Amsterdam · Austin · Berlin · Chicago · Düsseldorf · Frankfurt · Hamburg · Munich · New York · Philadelphia · Rotterdam · Stuttgart · The Hague · Washington, D.C.

---------- Forwarded message ---------
From: **Mark Smith** <markjsmithemail@gmail.com>
Date: Mon, May 18, 2020 at 5:43 PM
Subject: Tress Texts- privileged and confidential
To: <lori.albert@goquarters.com>
Cc: Jaryd Lidheim <jaryd.lindheim@goquarters.com>

Hi Lori
Here are the three texts I've received from Mark Tress over the last 24 hours. I have not responded. Hope you're having a tolerable time w the lockdown(s)!
Thanks
Mark

Sent from my iPhone

*The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*

*The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.*



**Quarters Accused of Bailing on $8 Million Lease in Brooklyn**
therealdeal.com

Today 8:38 AM

Saw this?

Today 10:22 AM

?