**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JM HOLDINGS 1 LLC, et al.,

                            Plaintiffs,

         -against-                                    20 **CIVIL** 3480 (JPO)

                                                       **DEFAULT JUDGMENT**

QUARTERS HOLDING GMBH,

                            Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 13, 2022, Plaintiffs' motion for default judgment is GRANTED. Plaintiffs are awarded judgment against Quarters in the amount of $8,783,337.58, plus post-judgment interest at the statutory rate; accordingly, the case is closed.

**Dated:** New York, New York

     September 14, 2022

                                        **RUBY J. KRAJICK**

                                    _____
                                         **Clerk of Court**

           **BY:**           K. Mango

                                    _____
                                         **Deputy Clerk**